UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DONNA WHITE** | * | **CIVIL ACTION NO. 12-0753** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **AETNA LIFE INSURANCE CO. OF HARTFORD, CONNECTICUT and THE SANOFI-AVENTIS LONG TERM DISABILITY PLAN** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants Aetna Life Insurance Company of Hartford, Connecticut and The Sanofi-Aventis Long Term Disability Plan and against Plaintiff Donna White, **DISMISSING WITH PREJUDICE** Plaintiff's claims [Doc. No. 1] against Defendants.

**IT IS FURTHER ORDERED** that both parties requests for attorney's fees be **DENIED**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

MONROE, LOUISIANA, this 8th day of April, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE